**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DONAL R. EDWARDS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action. No. 25-00343-KD-MU** |
| | ) | |
| **WARDEN JAMES WARD,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Edwards's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED without prejudice**; Edwards is **DENIED** a certificate of appealability; and all pending motions on the docket are **DENIED as moot**.

**DONE** and **ORDERED** this **10th** day of **April 2026.**

 /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**